FILED
CLERK, U.S. DISTRICT COURT

JUN - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL H. WHITE,<br><br>   Petitioner,<br><br>  v.<br><br>M.S. EVANS, Warden,<br><br>   Respondent. | Case No. CV 08-4571-DOC (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*. IT IS ORDERED that:

  1. The Report and Recommendation is approved and adopted.

  2. Judgment shall be entered denying the Second Amended Petition and dismissing this action with prejudice.

  3. All motions are denied as moot and terminated.

  IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: June 5 , 2009  /s/ David O. Carter
                DAVID O. CARTER
                UNITED STATES DISTRICT JUDGE