FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL H. WHITE, | Case No. CV 08-4571-DOC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| M.S. EVANS, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: June 5, 2009

David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____